### 17370.    JOHNSON *v.* THE STATE.

BLOODWORTH, J.    The exceptions are to a judgment of the superior court of Fulton county, refusing to sanction a writ of certiorari. The judgment of which complaint is made is as follows: "The court being of the opinion that the evidence warranted the verdict; that the issues of fact were by the court submitted clearly and fairly to the jury for their determination; and that the petition for certiorari does not show harmful error, I decline to sanction the within petition for certiorari." We think the conclusions reached by the trial judge are correct, and that he properly refused to sanction the writ of certiorari.
    *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
        DECIDED JULY 13, 1926.

Certiorari; from Fulton superior court—Judge Humphries. April 14, 1926.

---

Certiorari, 11 C. J. p. 158, n. 85.

*Audley McLane,* for plaintiff in error.

*Roy Dorsey,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.